# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ROBERT D. CARTER      PLAINTIFF

v.      No. 3:18-cv-59-DPM

MARTY BOYD, Sheriff, Craighead County
Detention Facility; KEITH BOWERS,
Administrator, CCDC; and TODD HARRELL,
Assistant Administrator, CCDC      DEFENDANTS

## ORDER

**1.** Motion, № 10, partly granted and partly denied. Carter may have until 8 June 2018 to file his objections to the pending recommendation. № 8. But the Court can't give Carter legal advice or provide him with books or materials to help with his case. He may be able to request certain materials from the jail.

**2.** Motion for appointed counsel, № 9, denied. Neither the facts nor the claims are complex enough to warrant appointed counsel at this early stage. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 May 2018