# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ROBERT D. CARTER                                                    PLAINTIFF

v.                          No. 3:18-cv-59-DPM

MARTY BOYD, Sheriff, Craighead County
Detention Facility; KEITH BOWERS,
Administrator, CCDF; and TODD HARRELL,
Assistant Administrator, CCDF                                       DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the recommendation, № 8, and overrules Carter's objections, № 12. FED. R. CIV. P. 72(b)(3). Carter's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 June 2018