IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT D. CARTER                          PLAINTIFF

v.                No. 3:18-cv-59-DPM

MARTY BOYD, Sheriff, Craighead County
Detention Facility; KEITH BOWERS,
Administrator, CCDF; and TODD HARRELL,
Assistant Administrator, CCDF                DEFENDANTS

## JUDGMENT

Carter's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 June 2018